✓ FILED ____ LODGED
____ RECEIVED ____ COPY
NOV 20 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

Tena, Alfredo Bk#230311009
Name and Prisoner/Booking Number

Pima County Jail
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alfredo Miguel Tena, Jr ,
(Full Name of Plaintiff)
Plaintiff,

vs.

(1) Joshua Krause ,
(Full Name of Defendant)

(2) ____________ ,

(3) ____________ ,

(4) ____________ ,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** CV-23-532-TUC-SHR(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 42 U.S.C.S 1983 .

2. Institution/city where violation occurred: Tucson, Arizona .

550/555

## B. DEFENDANTS

1. Name of first Defendant: Joshua Krause. The first Defendant is employed as: Tucson Police officer (Position and Title) at Tucson Police Department (Institution).

2. Name of second Defendant: ______. The second Defendant is employed as: ______ (Position and Title) at ______ (Institution).

3. Name of third Defendant: ______. The third Defendant is employed as: ______ (Position and Title) at ______ (Institution).

4. Name of fourth Defendant: ______. The fourth Defendant is employed as: ______ (Position and Title) at ______ (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☒ Yes ☐ No

2. If yes, how many lawsuits have you filed? 4. Describe the previous lawsuits:

a. First prior lawsuit:
   1. Parties: Alfredo Tena v. Joshua Krause, et al.,
   2. Court and case number: CV-23-00402-TUC-SHR (PSOT).
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed with leave to Amend.

b. Second prior lawsuit:
   1. Parties: Alfredo Tena v. Christopher oliver, et al.,
   2. Court and case number: CV-23-00416-TUC-SHR (PSOT).
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) Dismissed.

c. Third prior lawsuit:
   1. Parties: Alfredo Tena v. State of Arizona, et al.,
   2. Court and case number: CV-23-00425-TUC-SHR (PSOT).
   3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) DISMISSED WITH LEAVE TO AMEND.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

C. Previous LawSuits

D. Fourth Prior LawSuit:

1. Parties: Alfredo Tena V. Thomas S Larison
2. court and case number? CV-23-00475-Tuc-SHR(PSOT)
3. Result: Pending

Page 2A

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 4th Amendment

2. **Count I**. Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☒ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
While I was being arrested on march 11th 2023, one of the residents of the property I was at approached Joshua Krause with my 8 week old puppy, a female, brendal mastiff/Shephard mix. My friend Told Joshua Krause they had my puppy.
However, Joshua Krause kept my puppy, And I know this because in his police report he himself Stated that I did not have a dog with me. He Said the residents of 1418 N. Stone were lying about having my puppy. So he Still receives Said puppy, from residents, and claims that since the dog was just a random Stray, that he called Pacc and they they took Custody of the puppy. Joshua Krause kept my puppy, and Pacc did not take custody. my family searched for my dog with Pacc and other animal Shelters. starting from march 12th 2023, and through April 2023, and there was no trace of a puppy of that description or name "Baby Joker." when I was in back of police car Joshua Krause Smiling asked me what my puppies name is... I Said "Baby Joker."

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
me and my family are deprived of one of our family members "Baby Joker" because Joshua Krause did not tell the truth about taking custody of my puppy, She was unable to be located and Still missing.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. This is the only remedy for this complaint at this time.

**COUNT II**

1. State the constitutional or other federal civil right that was violated: ______________________________
______________________________________________________________________.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

______________________________________________________________________.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

______________________________________________________________________.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________________________________________________________.

## COUNT III

1. State the constitutional or other federal civil right that was violated: ______________________________
______________________________________________________________________.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

______________________________________________________________________.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

______________________________________________________________________.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________________________________________________________.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

**E. REQUEST FOR RELIEF**

State the relief you are seeking:
That Joshua krause be investigated for the purpose of discovering the dissapearance of my puppy "Baby Joker" and return "baby Joker" to her Family. And for my pain and Suffering Joshua krause pay to me, 50,000.00$ An apology to me from TPD on behalf of Joshua Krause and that any party that is liable to make a payment to me, the State of Arizona, city of Tucson, Pima County or TPD Pay me 200,000.00 that any liable party pay me Two hundred Thousand dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-15-23
DATE

[signature]
SIGNATURE OF PLAINTIFF

Alfredo Miguel Tena
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

Pro Se
(Signature of attorney, if any)

N/A
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.